CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUL 29 PM 2:51

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TERRY LEE JOBE, | § | |
| Petitioner, | § | |
| v. | § | 2:10-CV-171 |
| RICK THALER, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On June 29, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _July_____ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE